

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

01/12/2022 01:30 PM

COURTROOM   8B

HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:21-bk-05490-CPM | 13 | 10/26/2021 |

Chapter 13

**DEBTOR:**  John Pabalan

**DEBTOR ATTY:**  Sanad Hamad

**TRUSTEE:**  Jon Waage

**HEARING:**

Initial Confirmation Hearing

**APPEARANCES:**: Jon Waage

**RULING:**
Initial Confirmation Hearing


  ...Continued in open court to 4/20/2022 at 1:35 p.m. - no further notice will be given...
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.