

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

04/20/2022 01:35 PM

COURTROOM  8B

HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:21-bk-05490-CPM** | 13 | 10/26/2021 |

**Chapter 13**

**DEBTOR:**    John Pabalan

**DEBTOR ATTY:**    **Sanad Hamad**

**TRUSTEE:**    **Jon Waage**

**HEARING:**

Continued Confirmation Hearing

**APPEARANCES::** Kimberly McIntyre, Kelley Petry

:

**RULING:**
Continued Confirmation Hearing

  ...Confirmed - Order by Trustee...
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.